**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHARLES EDWARD ANDREWS JR. ) | Case No. 19−35231−KRH |
| ) | Chapter 13 |
| Debtor ) | |

**NOTICE OF VOLUNTARY CONVERSION OF
A CASE FROM CHAPTER 13 TO CHAPTER 7**

COMES NOW, the Debtor, by counsel, and as and for Debtor's Notice of Voluntary Conversion of this Case from Chapter 13 to Chapter 7 states as follows:

1. The Debtor is currently a Debtor in a Chapter 13 case pending before this Court.

2. The Debtor has not previously converted this case from any other Chapter and desires to convert this case to a Chapter 7.

WHEREFORE, the Debtor hereby gives notice of voluntary conversion of this case from a Chapter 13 to a Chapter 7.

Dated: December 12, 2019

Respectfully Submitted,

CHARLES EDWARD ANDREWS JR.

By: /s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification.

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*