## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                     )
                                           )
CHARLES EDWARD ANDREWS JR.                 )        Case No. 19−35231−KRH
                                           )        Chapter 7
_____Debtor_____      )


### STATEMENT OF NO UNPAID DEBTS INCURRED
### AFTER COMMENCEMENT OF ORIGINAL BANKRUPTCY CASE

The undersigned debtor hereby states, under penalty of perjury there have been no additional

debts incurred since the commencement of the original bankruptcy case.


/s/ CHARLES EDWARD ANDREWS JR._____
CHARLES EDWARD ANDREWS JR.




Dated:  December 9, 2019